UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS GERARDO IXCOY CAAL,<br><br>          Petitioner,<br>      -v-<br><br>THOMAS DECKER, et al.,<br><br>          Respondents. | 20 Civ. 439 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

This Order is to clarify that the show cause hearing originally set for February 11, 2020, *see* Dkt. 3, has been adjourned to March 20, 2020, at 10:30 a.m., *see* Dkt. 8.

SO ORDERED.

                       _____
                       PAUL A. ENGELMAYER
                       United States District Judge

Dated: January 30, 2020
     New York, New York