UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Luis Gerardo IXCOY CAAL;<br>*Petitioner*,<br><br>v.<br><br>Thomas DECKER, in his official capacity as Disrict Director of New York, Immigration and Customs Enforcement; Ken CUCCINELLI, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services; Chad WOLF in his official capacity as Acting Secretary of Homeland Security.<br><br>*Respondents*. | Case No. 1:20-cv-00439 (PAE)<br><br>**MOTION FOR LEAVE TO APPEAR AS LAW STUDENTS** |

**MOTION FOR LEAVE TO APPEAR AS LAW STUDENTS**

Amicus Kathryn O. Greenberg Immigration Justice Clinic at the Benjamin N. Cardozo School of Law, through undersigned counsel, moves this Court to grant law student interns Yael Ben Tov, Gabriel Cahn, and Eugenia Fowlkes, leave to appear in the above-captioned matter as law students under the supervision of attorney Lindsay Nash, a member of the bar of this Court. Ms. Ben Tov, Mr. Cahn, and Ms. Fowlkes, who are currently enrolled in the Immigration Justice Clinic at the Benjamin N. Cardozo School of Law, meet all the requirements of the Student Practice Rule in the Southern District of New York, as evidence by the attached documents. *See* Exs. A, B, and C.

| | |
|---|---|
| Dated: February 14, 2020<br>New York, NY | Respectfully submitted,<br><br>/s/ *Lindsay Nash*<br>Lindsay Nash, Esq.<br>Kathryn O. Greenberg Immigration Justice Clinic<br>Cardozo School of Law<br>55 Fifth Avenue, 11th Floor<br>New York, NY 10003<br>Tel: (212) 790-0433<br>lindsay.nash@yu.edu<br>*Counsel for Amicus Curiae* |

The Court notes that it has received two copies of the signed documents for Mr. Cahn, but no such form for Ms. Ben Tov.

_____
PAUL A. ENGELMAYER    2/18/2020
United States District Judge